

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00273-CV

**IN RE TEXAS FARM BUREAU UNDERWRITERS**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: June 3, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On April 6, 2026, relator filed a petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator has not shown that it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 24-17793, styled *Vinson v. Texas Farm Bureau Insurance Company*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Albert D. Pattillo, III presiding.